Case Name:  RICHARD AND CYNTHIA HERNANDEZ
Case No:   07-71217

## **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:  October 18, 2007                    WILLIAM T. NEARY
                                            United States Trustee, Region 11


                                    BY:    ___/s/_____
                                            CAROLE J RYCZEK
                                            Attorney for th U.S. Trustee