IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>HERNANDEZ, RICHARD T<br>HERNANDEZ, CYNTHIA J<br>HERNANDEZ, RICHARD R | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-71217 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID Number:<br>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 | |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At: U.S. BANKRUPTCY COURT
    211 South Court Street, Room 220
    Rockford, IL 61101

    on: **NOVEMBER 5, 2007**
    at: 1:00 PM

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 14.25 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 1,543.50 | |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 1,761.14 | |

4. The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 10,111.42 |
| b. Disbursements | $ | 0.00 |
| c. Net Cash Available for Distribution | $ | 10,111.42 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $6,792.53, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $36,424.18, resulting in an approximate distribution of 18.65% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: October 17, 2007              For the Court,


                                    By:/s/ BERNARD J NATALE

                                            Trustee

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez                Page 1 of 1       Date Rcvd: Oct 19, 2007
Case: 07-71217                 Form ID: pdf002              Total Served: 25

The following entities were served by first class mail on Oct 21, 2007.
db          +Richard T Hernandez,    107 N River Road, 1st Flr,    Fox River Grove, IL 60021-1021
jdb         +Cynthia J Hernandez,    107 N River Road, 1st Flr,    Fox River Grove, IL 60021-1021
aty         +Stephen J Costello,    Costello & Costello,   19 N Western Ave Rt 31,
              Carpentersville, IL 60110-1730
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,   6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11373427    +American Eagle Bank,    556 Randall road,   South Elgin, Il 60177-3315
11373428     Aspire,   PO Box 23007,   Columbus, Ga 31902-3007
11373429     Beneficial Finance,    P O Box 17574,   Baltimore, Md. 21297-1574
11373430     Capital One,    P O Box 105131,   Atlanta, Ga 30348-5131
11373431     Capital One,    P O Box 60024,   City of Industry, Ca 91716-0024
11622798    +Capital One Bank,    c/o Tsys Debt Management,    PO Box 5155,    Norcross, GA 30091-5155
11373435     Capital One FSB,    PO Box 60067,   City of Industry, Ca 91716-0067
11373436     Capital One, FSB,    PO Box 790217,   St Louis, Mo 63179-0217
11508299    +Chase Bank USA, N.A.,    c/o Creditors Bankruptcy Service,    P O BOX 740933,    Dallas,Tx 75374-0933
11373437    +Citizen's Auto Finance, Inc,    P O Box 42115,   Providence 02940-2115
11603263     Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
              POB 35480,   Newark NJ 07193-5480
11373438     Kohl's,   P O Box 3004,   Milwaukee, Wi 53201-3004
11373439     Lowe's,   P O Box 530914,   Atlanta, Ga. 30353-0914
11373440     Lowe's - Capital One,    P O Box 790216,   St Louis, Mo 63179-0216
11373441     Sears Card,    P O Box 183081,   Columbus, Ohio 43218-3081
11373443    +The Hartford Insurance,    8711 University East,   Charlotte, NC 28213-4233
11373444    +Ward,Lane & Associates,    1250 Larkin Avenu,   Suite 200,    Elgin, IL 60123-6078
11373445     Washington Mutual,    P O Box 660487,   Dallas, Tx 75266-0487
11373446     Washington Mutual,    P O Box 99604,   Arlington, Tx 76096-9604
The following entities were served by electronic transmission on Oct 20, 2007.
11613397      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11605313     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 20 2007 03:34:17     Roundup Funding, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,   6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11373432*     Capital One,    P O Box 60024,   City of Industry, Ca 91716-0024
11373434*     Capital One,    P O Box 60024,   City of Industry, Ca 91716-0024
11373433*     Capital One,    PO Box 60024,   City of Industry, Ca 91716-0024
11373442*     Sears Card,    P O Box 183081,   Columbus, Ohio 43218-3081
                                                                                           TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2007**                     **Signature:**     *Joseph Speetjens*