**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

November 01, 2007 through November 30, 2007
Primary Account: **000312111972665**

**CUSTOMER SERVICE INFORMATION**
Service Center:   1-800-634-5273

00014982 DBI 802 24 33707 - NNN  1 000000000 60 0000

07-71217 HERNANDEZ RICHARD T
HERNANDEZ CYNTHIA J DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

|  | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312111972666 | 0.00 | 0.00 |
| Total | $0.00 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market 000312111972665 | $10,127.46 | $0.00 |
| Total | $10,127.46 | $0.00 |
| **TOTAL ASSETS** | **$10,127.46** | **$0.00** |

**All Summary Balances** shown are as of November 30, 2007 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.



EXHIBIT C

